| | | |
|---|---|---|
| **GEORGE HAMILTON** | * | **NO. 2022-CA-0106** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **NATIONAL UNION FIRE INSURANCE COMPANY, CARL J. BIGGERS, ALLSTATE INSURANCE COMPANY, SHEDRICK WARREN AND WAL-MART TRANSPORTATION, L.L.C.** | * | **FOURTH CIRCUIT** |
| | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

\* \* \* \* \* \* \*

**CONSOLIDATED WITH:**

**SHEDRICK WARREN AND DANIEL SMITH**

**VERSUS**

**NATIONAL UNION FIRE INSURANCE COMPANY, WAL-MART TRANSPORTATION, INC., CARL J. BIGGERS AND ALLSTATE INSURANCE COMPANY**

**CONSOLIDATED WITH:**

**NO. 2022-CA-0107**

*DNA* **ATKINS, J., CONCURS FOR THE REASONS ASSIGNED BY CHIEF JUDGE LOVE**